ORDER ON REMAND
 

 This matter is before us on Remand From the United States Supreme Court. Our opinion is found at 904 F.2d 563 (10th Cir.1990).
 

 We affirmed the district court, holding that as Johnson’s personal liability had been discharged the Bank no longer had a claim against Johnson subject to rescheduling under Chapter 13. The Supreme Court reversed.
 
 See Johnson v. Home State Bank,
 
 — U.S. -, 111 S.Ct. 2150, 115 L.Ed.2d 66 (1991). The judgment of the Supreme Court has now been received.
 
 *610
 
 Accordingly, the previous judgment of this court is vacated. The Supreme Court remanded this case concerning the issues of good faith or feasibility. These issues were decided by the bankruptcy court, were raised by the Bank in its appeal from the bankruptcy court to the district court but were not decided by the district court.
 

 This court, following its long established rule that it will not ordinarily decide a matter not addressed by the district court REMANDS this matter to the district court for such further proceedings as may be necessary.
 

 IT IS SO ORDERED.